**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Shawn Edwin BLANKENSHIP, Defendant–Appellant.**

No. 06–36039.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2007.*

Filed June 14, 2007.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*v. United States,* 470 F.3d 920 (9th Cir. 2006), extraordinary circumstances entitle him to resentencing. However, *Carrington* itself forecloses Blankenship's contention, because this court's judgment vacating the defendants' sentences was premised upon recall of the mandates in the defendants' direct appeals in that case. *See id.* at 925. Blankenship did not file a direct appeal from his conviction or sentence, so the extraordinary relief extended to the defendants in *Carrington* is not available here. Further, the record contains no evidence of extraordinary circumstances warranting resentencing. Accordingly, the district court properly denied Blankenship's motion to vacate, set aside, or correct his sentence. *See United States v. Cruz,* 423 F.3d 1119, 1120–21 (9th Cir.2005), *cert. denied,* 546 U.S. 1155, 126 S.Ct. 1181, 163 L.Ed.2d 1138 (2006) (holding that *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), does not apply retroactively on collateral review).

**AFFIRMED.**

Douglas W. Fong, Esq., U.S. Attorney's Office, Medford, OR, for Plaintiff–Appellee.

Ellen C. Pitcher, Esq., Federal Public Defender's Office, Portland, OR, for Defendant–Appellant.

Before: LEAVY, RYMER, and T.G. NELSON, Circuit Judges.

### MEMORANDUM **

Shawn Edwin Blankenship appeals from the district court's order denying his 28 U.S.C. § 2255 motion challenging his 151–month sentence. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Blankenship contends that, pursuant to this court's recent decision in *Carrington*

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.